IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>and<br><br>KIRT WEST,<br>INSPECTOR GENERAL OF THE<br>LEGAL SERVICES CORPORATION,<br>3333 K STREET, NW, 3RD FLOOR,<br>WASHINGTON, D.C. 20007,<br><br>    Petitioners,<br><br>    v.<br><br>CALIFORNIA RURAL LEGAL<br>ASSISTANCE, INC.,<br>631 HOWARD ST., #300,<br>SAN FRANCISCO, CA 94105<br><br>    Respondent. | Misc. No. 07-123 |

### MOTION FOR ORDER TO SHOW CAUSE

Petitioners have this day filed with the Court a petition for enforcement of an administrative subpoena <u>duces</u> <u>tecum</u> ("Subpoena"), issued to respondent California Rural Legal Assistance, Inc. ("CRLA"), a recipient of federal funding under 42 U.S.C. § 2996, <u>et seq.</u> ("LSC Act") by the Legal Services Corporation's Office of Inspector General ("LSC-OIG") as part of its investigation into complaints made against CRLA's activities. Accompanying that petition is a supporting memorandum of points and authorities, to which is appended copies of the Subpoena, Respondent's answer to the Subpoena, and the Declaration of Laurie Tarantowicz, Counsel to the Inspector General of the LSC.

The grounds for summary enforcement of the subpoena are that the subpoena was lawful and enforceable because it was issued as part of the LSC-OIG's investigation of complaints made against CRLA's activities and alleged noncompliance with the terms of its federal funding, a type of investigation specifically authorized by 5 U.S.C. app. 3 §§ 4(a), 6(a) and Omnibus Consolidated Rescissions and Appropriations Act of 1996, Pub. L.101-134, 110 Stat. 1321, § 509(g). The subpoena <u>duces tecum</u> seeks information reasonably relevant toLSC-OIG's investigation, is reasonable and does not impose an undue burden. Accordingly, there is no justification for Respondent's failure to comply with the subpoena <u>duces tecum</u>.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

WHEREFORE, Petitioners request that the proposed Order to Show Cause submitted herewith be entered by the Court. The Order incorporates a proposed schedule for the further briefing of the issues, under which Respondent's opposition would be due 21 days after entry of the Order to Show Cause, and Petitioners' reply would be due 14 days after service of that opposition.

                                        Respectfully submitted,

                                        PETER D. KEISLER
                                        Assistant Attorney General

                                        JEFFREY A. TAYLOR
                                        United States Attorney

| OF COUNSEL: | ARTHUR R. GOLDBERG, D.C. Bar 180661 |
|---|---|
| LAURIE TARANTOWICZ | HELEN H. HONG, CA Bar 235635 |
| LSC-Office of Inspector General | Attorneys, Department of Justice |
| 3333 K Street, NW, 3rd Floor | 20 Massachusetts Ave., N.W., Room 6107 |
| Washington, D.C. 20007 | Washington, D.C. 20530 |
| Tel: (202) 295-1660 | Tel: (202) 514-5838 |
| | Fax: (202) 616-8470 |
| | E-mail: helen.hong@usdoj.gov |

                                        *Attorneys for Petitioners*