IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>and<br><br>KIRT WEST,<br>INSPECTOR GENERAL OF THE<br>LEGAL SERVICES CORPORATION,<br>3333 K STREET, NW, 3RD FLOOR,<br>WASHINGTON, D.C. 20007,<br><br>    Petitioners,<br><br>    v.<br><br>CALIFORNIA RURAL LEGAL<br>ASSISTANCE, INC.,<br>631 HOWARD ST., #300,<br>SAN FRANCISCO, CA 94105<br><br>    Respondent. | FILED<br>APR 10 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Misc. No. 07-123 |

## ORDER TO SHOW CAUSE

THIS MATTER having come before the Court on a Petition for Summary Enforcement of Administrative Subpoena and a Motion for Order to Show Cause why the subpoena duces tecum, issued to Respondent California Rural Legal Assistance, Inc. ("CRLA"), a recipient of federal funding under 42 U.S.C. § 2996, et seq. ("LSC Act"), by the Legal Services Corporation's Office of Inspector General ("LSC-OIG") as part of its investigation of complaints made against CRLA's activities and alleged noncompliance with the terms of its federal funding, should not be judicially enforced, and the Court, having considered the Petitioners' request for an order to show cause and being fully advised of its basis:

**HEREBY ORDERS** that the respondent shall appear on the ___ day of

_____, 2007, at _____ am/pm, or as soon thereafter as the parties may be heard, in United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C., and show cause why this Court should not grant said Petition and enter an order directing Respondent to comply fully with the terms of the aforesaid subpoena <u>duces tecum</u>, by producing documents in accordance with said subpoena;

**IT IS FURTHER ORDERED** that Respondent shall file, within 21 days from the entry of this Order, its briefs and supporting evidence in opposition to the Petition, and that Petitioners shall have 14 days thereafter in which to file their reply thereto;

**IT IS FURTHER ORDERED** that, unless the Court determines otherwise, all issues raised by the Petition and supporting papers, and any opposition to the Petition, will be considered at the hearing on the Petition, and the allegations of said Petition shall be deemed admitted unless controverted by a specific factual showing; and

**IT IS FURTHER ORDERED** that a copy of this Order, and copies of said Petition and all other papers filed with the Court, be served by Petitioners forthwith upon Respondent.

Dated _April 6,_ , 2007.

_____
UNITED STATES DISTRICT JUDGE