UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> CALIFORNIA RURAL LEGAL ASSISTANCE, INC., <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Misc. Action No. 07-123 (EGS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Pending before the Court is respondent's motion to modify the April 10, 2007 Order to Show Cause.  Respondent has been informed that other parties will move to intervene in this case and argues that the briefing schedule in the Court's order should be adjusted accordingly.  Petitioners contend that such motions to intervene will lack merit, but the Court cannot decide that question until the motions have been filed.  As these motions may ultimately have merit, they should be considered prior to briefing on petitioners' subpoena enforcement petition.  Recognizing the need for expediency in this matter, the Court will allow 30 days for motions to intervene to be filed.  If no motions are filed at that point, a new briefing schedule will be issued.  Therefore, it is by the Court hereby

**ORDERED** that respondent's motion to modify the April 10,

1

2007 Order to Show Cause is **GRANTED in part and DENIED in part**; and it is

**FURTHER ORDERED** that the April 10, 2007 Order to Show Cause is **VACATED**; and it is

**FURTHER ORDERED** that any motions to intervene shall be filed by May 18, 2007; and it is

**FURTHER ORDERED** that the parties are directed to file a joint recommendation for future proceedings by May 18, 2007, if no motions to intervene have been filed at that point.

**SO ORDERED.**

**Signed:**   **Emmet G. Sullivan**
             **United States District Judge**
             **April 18, 2007**