IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>and<br><br>KIRT WEST<br>INSPECTOR GENERAL OF THE<br>LEGAL SERVICES CORPORATION<br>3333 K STREET, NW, 3RD FLOOR<br>WASHINGTON, DC 20007<br><br>            Petitioners,<br><br>   v.<br><br>CALIFORNIA RURAL LEGAL<br>ASSISTANCE, INC.,<br>631 HOWARD ST., #300<br>SAN FRANCISCO, CA 94105<br><br>            Respondent<br><br>JANE AND JOHN DOE.<br><br>       Proposed Respondent-Intervenors | Case No:   1:07-MC-00123<br>Assigned to:  Sullivan, Emmet G. |

## NOTICE OF FILING DECLARATION OF JOHN DOE IN SUPPORT OF MOTIONS TO PROCEED UNDER FICTITIOUS NAME AND TO INTERVENE

Proposed Client-Intervenor John Doe submits the attached declaration in support of his motions to proceed under fictitious name and to intervene that were filed with the Court on May 18, 2007.

SF1\384402\1

Respectfully Submitted,

_____
Michael McManus (D.C. Bar No. 263832)
Elizabeth Ewert (D.C. Bar No. 479368)
Rebecca Hirselj (D.C. Bar No. 478239)
DRINKER BIDDLE & REATH LLP
1500 K K Street, N.W., Suite 1100
Washington, DC 20005
Phone: (202) 842-8800
Fax: (202) 842-8465
E-mail: Michael.McManus@dbr.com

Rodney Hudson (*pro hac vice pending*)
DRINKER BIDDLE & REATH LLP
50 Fremont Street
San Francisco, CA 94105-2235
Phone: (415) 591-7500
Fax: (415) 591-7510
E-mail: Rodney.Hudson@dbr.com

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of May, 2007, a copy of the above and foregoing Notice Of Filing Declaration Of John Doe In Support Of Motions To Proceed Under Fictitious Name And To Intervene, was filed and served via first class mail, postage prepaid to:

        Arthur R. Goldberg
        U.S. Department of Justice
        Civil Division
        20 Massachusetts Avenue, NW
        Room 7104
        Washington, DC 20530

        Helen H. Hong
        U.S. Department of Justice
        20 Massachusetts Avenue, NW
        6th Floor
        Wasington, DC 20530

        Bernard A. Burk
        Howard Rice Nemerovski Canady Falk & Rabkin
        Three Embaracdero Center
        7th Floor
        San Francisco, CA 94111-4024

        _/s/ Michael J. McManus_
        Michael J. McManus

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

and

KIRT WEST
INSPECTOR GENERAL OF THE
LEGAL SERVICES CORPORATION
3333 K STREET, NW, 3RD FLOOR
WASHINGTON, DC 20007

        Petitioners,

v.

CALIFORNIA RURAL LEGAL
ASSISTANCE, INC.,
631 HOWARD ST., #300
SAN FRANCISCO, CA 94105

        Respondent

Case No:   1:07-MC-00123
Assigned to:  Sullivan, Emmet G.

**REDACTED**

DECLARATION OF

I, _____ declare:

1. I am 23 years old and reside in California.

2. In 2005, I was a client of California Rural Legal Assistance, Inc. ("CRLA"), and sought confidential legal advice regarding unsafe and unsanitary working conditions at my place of employment.

3. I chose to report these working conditions to CRLA only upon the condition that CRLA would not disclose my name or other identifiable information to my employer or a government agency.

SF1\383957\1

4. I understood that the confidential information, including my identity, that I provided to attorneys at CRLA would be kept confidential and would not be disclosed to third parties.

5. The unsafe and unsanitary working conditions at my place of employment included improper and unsanitary drinking water, failure to provide restroom facilities, and failure to provide employees with proper equipment for handling of livestock.

5. I requested to remain anonymous because I was concerned for my physical and personal safety and for the safety of my family and friends.

6. I believed that persons associated with my employer would retaliate against me and my family if they knew that I reported these unsafe and unsanitary working conditions.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this 22 day of May 2007 at 11:54 AM California.

**REDACTED**

SF1\383957\1

- 2 -