# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

and

KIRT WEST,
INSPECTOR GENERAL OF THE
LEGAL SERVICES CORPORATION,
3333 K STREET, NW, 3RD FLOOR,
WASHINGTON, D.C. 20007

Misc. No. 1:07-MC-00123

                Petitioners,

    v.

CALIFORNIA RURAL LEGAL
ASSISTANCE, INC.,
631 HOWARD ST., #300
SAN FRANCISCO, CA  94105

                Respondent.

## ENTRY OF APPEARANCE (LCvR 83.6(a))

Pursuant to LCvR 83.6(a), Alexander T.H. Nguyen hereby gives notice of his entry of

appearance on behalf of Respondent California Rural Legal Assistance, Inc.

DATED:  June 1, 2007                              Respectfully submitted,


                                                  _____/s/_____
                                                  Alexander T.H. Nguyen, #499678
                                                  KIRKLAND & ELLIS LLP
                                                  655 Fifteenth Street, N.W.
                                                  Washington, D.C. 20005
                                                  Telephone:  (202) 879-5000
                                                  E-mail: anguyen@kirkland.com

                                                  *Attorney For Respondent*