**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>and<br><br>KIRT WEST,<br>INSPECTOR GENERAL OF THE<br>LEGAL SERVICES CORPORATION,<br>3333 K STREET, NW, 3RD FLOOR,<br>WASHINGTON, D.C. 20007<br><br>               Petitioners,<br><br>   v.<br><br>CALIFORNIA RURAL LEGAL<br>ASSISTANCE, INC.,<br>631 HOWARD ST., #300<br>SAN FRANCISCO, CA  94105<br><br>               Respondent. | Misc. No. 1:07-MC-00123 |

**RESPONDENT CALIFORNIA RURAL LEGAL ASSISTANCE'S
STATEMENT OF NONOPPOSITION TO MOTIONS TO INTERVENE
AND TO MOTION TO PROCEED UNDER FICTITIOUS NAME**

Respondent California Rural Legal Assistance, Inc. ("CRLA") hereby states its nonopposition to the Motion to Intervene in this proceeding by Jeannie Barrett, Alegria De La Cruz, Vanessa Frank Garcia, Phyllis Katz, Teri Scarlet, Arturo Rodriguez, and Kirk Ah-Tye (the "Attorney-Intervenors"), and the Motion to Intervene by "Jane and John Doe" (the "Client-Intervenors"). CRLA also does not oppose the Client-Intervenors' Motion to Proceed Under a Fictitious Name.

CRLA believes that both sets of Intervenors have satisfied the requirements for intervention as of right under Rule 24(a), and have also justified permissive intervention under Rule 24(b). CRLA does not expect to agree with everything the Intervenors have to say, but does believe that the Intervenors' unique interests and perspectives will help to provide a complete record and fully informed briefing on the important issues before the Court.

Dated: June 1, 2007.                    Respectfully,

MARTIN R. GLICK (California State Bar No. 40187)
BERNARD A. BURK (California State Bar No. 118083)
HOWARD RICE NEMEROVSKI CANADY FALK &
    RABKIN
A Professional Corporation


By:     /s/
       BERNARD A. BURK

bburk@howardrice.com
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:    415/434-1600
Facsimile:    415/217-5910

Chong S. Park, #463050
cpark@kirkland.com
Alexander T.H. Nguyen, #499678
anguyen@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:    202/879-5000
Facsimile:    202/879-5200

*Attorneys For Respondent*

-2-

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 1, 2007, a true and correct copy of the foregoing RESPONDENT CALIFORNIA RURAL LEGAL ASSISTANCE'S STATEMENT OF NONOPPOSITION TO MOTIONS TO INTERVENE AND TO MOTION TO PROCEED UNDER FICTITIOUS NAME was served electronically and by mail to counsel on the following service list:

>Arthur R. Goldberg
>U.S. Department of Justice
>Civil Division
>20 Massachusetts Avenue, N.W.
>Room 7104
>Washington, D.C. 20530
>arthur.goldberg@usdoj.gov
>
>Helen H. Hong
>U.S. Department of Justice
>Civil Division
>20 Massachusetts Avenue, N.W.
>6th Floor
>Washington, D.C. 20530
>helen.hong@usdoj.gov
>
>Elizabeth Ewert
>DRINKER BIDDLE LLP
>1500 K Street, NW
>Washington, DC 20005
>elizabeth.ewert@dbr.com
>
>John Paul Corrado
>MORRISON & FOERSTER, LLP
>2000 Pennsylvania Avenue
>Suite 5000
>Washington, DC 20006
>jcorrado@mofo.com

        /s/ Alexander T.H. Nguyen
        Alexander T.H. Nguyen