-1-

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>and<br><br>KIRT WEST,<br>INSPECTOR GENERAL OF THE<br>LEGAL SERVICES CORPORATION,<br>3333 K STREET, NW, 3RD FLOOR,<br>WASHINGTON, D.C. 20007<br><br>          Petitioners,<br><br>     v.<br><br>CALIFORNIA RURAL LEGAL<br>ASSISTANCE, INC.,<br>631 HOWARD ST., #300<br>SAN FRANCISCO, CA  94105<br><br><br>          Respondent. | Misc. No. 1:07-MC-00123 |

## ENTRY OF APPEARANCE (LCvR 83.6(a))

Pursuant to LCvR 83.6(a), Chong S. Park hereby gives notice of his entry of appearance on behalf of Respondent California Rural Legal Assistance, Inc.

DATED:  June 6, 2007                         Respectfully submitted,

                                                 /s/
Chong S. Park, #463050
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 879-5000
E-mail: cpark@kirkland.com

*Attorney For Respondent*