IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>and<br><br>KIRT WEST,<br>INSPECTOR GENERAL OF THE<br>LEGAL SERVICES CORPORATION<br>3333 K STREET, NW, 3RD FLOOR<br>WASHINGTON, D.C. 20007,<br><br>              Petitioners,<br><br>   v.<br><br>CALIFORNIA RURAL LEGAL<br>ASSISTANCE, INC.<br>631 HOWARD STREET, #300<br>SAN FRANCISCO, CA 94105,<br><br>              Respondent. | No. 1:07-mc-00123-EGS<br>Before:   The Honorable Emmet G. Sullivan |

**MOTIONS FOR ADMISSION *PRO HAC VICE* OF JACK W. LONDEN,**
**STUART C. PLUNKETT, AND WENDY M. GARBERS**

I, John P. Corrado, a member in good standing of the Bar of the District of Columbia and

admitted to practice before this Court, respectfully move this Court, pursuant to Local Rule 83.2,

to permit attorneys Jack W. Londen, Stuart C. Plunkett, and Wendy M. Garbers to participate as

counsel *pro hac vice* for Attorney-Interveners Jeannie Barrett, Alegria De La Cruz, Vanessa

Frank Garcia, Phyllis Katz, Teri Scarlet, Arturo Rodriguez, and Kirk Ah-Tye in the above-

captioned matter.  In support thereof, I state the following:

      1.      I am a partner with the firm of Morrison & Foerster, LLP and acquainted with

Messrs. Londen and Plunkett, and Ms. Garbers.

- 1 -

2.      I am counsel for the Attorney-Interveners Jeannie Barrett, Alegria De La Cruz, Vanessa Frank Garcia, Phyllis Katz, Teri Scarlet, Arturo Rodriguez, and Kirk Ah-Tye in the above-captioned matter.

3.      Mr. Londen is a partner in the San Francisco office of Morrison & Foerster, LLP, located at 425 Market Street, San Francisco, California, 94105.

4.      Mr. Plunkett is a partner in the San Francisco office of Morrison & Foerster, LLP, located at 425 Market Street, San Francisco, California, 94105.

5.      Ms. Garbers is a partner in the San Francisco office of Morrison & Foerster, LLP, located at 425 Market Street, San Francisco, California, 94105.

6.      Messrs. Londen and Plunkett, and Ms. Garbers are fully familiar with the facts and proceedings in this matter.

7.      Mr. Londen is a member in good standing of the bars of the State of California, to which he was admitted in 1979, and the bar of the Arizona, to which he was also admitted in 1979, and the bars of the United States Supreme Court, the Ninth and Federal Circuit Courts of Appeal, and the United States District Courts for the Northern, Eastern, and Central Districts of California.  He has not been the subject of any disciplinary investigation, is not currently disbarred in any courts, and has not been denied admission to the courts of any state or any court of the United States.  In support of this motion, attached hereto as Exhibit 1 is the Declaration of Jack W. Londen.

7.      Mr. Plunkett is a member in good standing of the bar of the State of California, to which he was admitted in 1997, and the bars of the United States Courts of Appeals for the Ninth Circuits and the United States District Courts for the Northern, Eastern, and Central Districts of California and the Districts of Nevada and Arizona.  He has not been the subject of any disciplinary investigation, is not currently disbarred in other courts, and has not been denied admission to the courts of any state or any court of the United States.  In support of this motion, attached hereto as Exhibit 2 is the Declaration of Stuart C. Plunkett.

8.      Ms. Garbers is a member in good standing of the bar of the State of California, to which she was admitted in 2001, and the bars of the United States Court of Appeals for the Ninth Circuit and the United States District Courts for the Northern, Eastern, and Central Districts of California.  She has not been the subject of any disciplinary investigation, is not currently disbarred in other courts, and has not been denied admission to the courts of any state or any court of the United States.  In support of this motion, attached hereto as Exhibit 3 is the Declaration of Wendy M. Garbers.

WHEREFORE, it is respectfully requested that Jack W. Londen, Stuart C. Plunkett, and Wendy M. Garbers be permitted to participate in this matter *pro hac vice* pursuant to Local Rule 83.2.

Dated:  June 6, 2007

RESPECTFULLY SUBMITTED,

/s/ John P. Corrado

JOHN P. CORRADO (D.C. Bar No. 380948)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, N.W., Suite 5500
Washington, D.C.  20006-1888
Telephone:  (202) 887-1500
Facsimile:  (202) 887-0763

Attorney for Attorney-Interveners
JEANNIE BARRETT, ALEGRIA DE LA CRUZ,
VANESSA FRANK GARCIA, PHYLLIS KATZ,
TERI SCARLET, ARTURO RODRIGUEZ, and
KIRK AH-TYE

- 3 -

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>and<br><br>KIRT WEST,<br>INSPECTOR GENERAL OF THE<br>LEGAL SERVICES CORPORATION<br>3333 K STREET, NW, 3RD FLOOR<br>WASHINGTON, D.C. 20007,<br><br>               Petitioners,<br><br>   v.<br><br>CALIFORNIA RURAL LEGAL<br>ASSISTANCE, INC.<br>631 HOWARD STREET, #300<br>SAN FRANCISCO, CA 94105,<br><br>               Respondent. | No. 1:07-mc-00123-EGS<br>Before:   The Honorable Emmet G. Sullivan |

**[PROPOSED] ORDER**

Upon consideration of the Motions for Admission *Pro Hac Vice* of Jack W. Londen, Stuart C. Plunkett, and Wendy M. Garbers, it is, this ___day of _____, 2007, hereby ordered:

1.      That the Motions for Admission *Pro Hac Vice* of Jack W. Londen, Stuart C. Plunkett, and Wendy M. Garbers are GRANTED; and

2.      That Jack W. Londen, Stuart C. Plunkett, and Wendy M. Garbers be permitted to represent the Attorney-Interveners in the above-captioned matters.

                    SO ORDERED:

                    _____
                    THE HONORABLE EMMET G. SULLIVAN
                    United States District Judge

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

---

UNITED STATES OF AMERICA

and

KIRT WEST,
INSPECTOR GENERAL OF THE
LEGAL SERVICES CORPORATION
3333 K STREET, NW, 3RD FLOOR
WASHINGTON, D.C. 20007,

|                                  |
|----------------------------------|

No. 1:07-mc-00123-EGS


**DECLARATION OF JACK W.
LONDEN IN SUPPORT OF MOTION
FOR ADMISSION *PRO HAC VICE***

Petitioners,

v.

Before:   The Honorable Emmet G. Sullivan

CALIFORNIA RURAL LEGAL
ASSISTANCE, INC.
631 HOWARD STREET, #300
SAN FRANCISCO, CA 94105,

Respondent.

---

I, Jack W. Londen, hereby respectfully request to appear *pro hac vice* as co-counsel for

Attorney-Interveners Jeannie Barrett, Alegria De La Cruz, Vanessa Frank Garcia, Phyllis Katz,

Teri Scarlet, Arturo Rodriguez, and Kirk Ah-Tye in the above-captioned matter.  In support

thereof, and after being duly sworn hereby, I make this declaration pursuant to Local Civil Rule

83.2(d), and state as follows:

1.      My full name is Jack Williford Londen.

2.      I am an attorney practicing law at Morrison & Foerster LLP, 425 Market Street,

San Francisco, California, 94105.  My office telephone number is (415) 268-7000.

3.      I am a member of the State Bars of California and Arizona, and the bars of the

United States Supreme Court, the Ninth Circuit and Federal Circuit courts of appeal, and the

United States District Courts for the Northern, Eastern, and Central Districts of California.

- 1 -

4.      I have not been disciplined by any bar.

5.      I have never applied to be admitted *pro hac vice* in this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on May 27, 2007 in San Francisco, California.

DATED:  May 27, 2007.

JACK W. LONDEN (CA SBN 85776)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
(415) 268-7000 (Telephone)
(415) 268-7522 (Facsimile)

- 2 -

dc-490462

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

and

KIRT WEST,
INSPECTOR GENERAL OF THE
LEGAL SERVICES CORPORATION
3333 K STREET, NW, 3RD FLOOR
WASHINGTON, D.C. 20007,

       Petitioners,

  v.

CALIFORNIA RURAL LEGAL
ASSISTANCE, INC.
631 HOWARD STREET, #300
SAN FRANCISCO, CA 94105,

       Respondent.

No. 1:07-mc-00123-EGS

**DECLARATION OF STUART C.
PLUNKETT IN SUPPORT OF
MOTION FOR ADMISSION
*PRO HAC VICE***

Before: The Honorable Emmet G. Sullivan

I, Stuart C. Plunkett, hereby respectfully request to appear *pro hac vice* as co-counsel for Attorney-Interveners Jeannie Barrett, Alegria De La Cruz, Vanessa Frank Garcia, Phyllis Katz, Teri Scarlet, Arturo Rodriguez, and Kirk Ah-Tye in the above-captioned matter.  In support thereof, and after being duly sworn hereby, I make this declaration pursuant to Local Civil Rule 83.2(d), and state as follows:

1.  My full name is Stuart C. Plunkett.

2.  I am an attorney practicing law at Morrison & Foerster LLP, 425 Market Street, San Francisco, California, 94105.  My office telephone number is (415) 268-7000.

- 1 -

3.      I am a member of the State Bar of California, and the bars of the United States District Courts for the Northern, Eastern, and Central Districts of California and the Districts of Nevada and Arizona.

4.      I have not been disciplined by any bar.

5.      I have never applied to be admitted *pro hac vice* in this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on June 1, 2007 in San Francisco, California.

DATED:  June 1, 2007.

STUART C. PLUNKETT (CA SBN 187971)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
(415) 268-7000 (Telephone)
(415) 268-7522 (Facsimile)

-2-

dc-490464

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

and

KIRT WEST,
INSPECTOR GENERAL OF THE
LEGAL SERVICES CORPORATION
3333 K STREET, NW, 3RD FLOOR
WASHINGTON, D.C. 20007,

                    Petitioners,

    v.

CALIFORNIA RURAL LEGAL
ASSISTANCE, INC.
631 HOWARD STREET, #300
SAN FRANCISCO, CA 94105,

                    Respondent.

No. 1:07-mc-00123-EGS

**DECLARATION OF WENDY M. GARBERS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Before:   The Honorable Emmet G. Sullivan

I, Wendy M. Garbers, hereby respectfully request to appear *pro hac vice* as co-counsel for Attorney-Interveners Jeannie Barrett, Alegria De La Cruz, Vanessa Frank Garcia, Phyllis Katz, Teri Scarlet, Arturo Rodriguez, and Kirk Ah-Tye in the above-captioned matter.  In support thereof, and after being duly sworn hereby, I make this declaration pursuant to Local Civil Rule 83.2(d), and state as follows:

1.      My full name is Wendy M. Garbers.

2.      I am an attorney practicing law at Morrison & Foerster LLP, 425 Market Street, San Francisco, California, 94105.  My office telephone number is (415) 268-7000.

3.      I am a member of the State Bar of California, and the bars of the United States Court of Appeals for the Ninth Circuit and the United States District Courts for the Northern, Eastern, and Central Districts of California.

- 1 -

4.    I have not been disciplined by any bar.

5.    I have never applied to be admitted *pro hac vice* in this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on June 5, 2007, in San Francisco, California.

DATED:  June 5, 2007.

WENDY M. GARBERS (CA SBN 213208)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
(415) 268-7000 (Telephone)
(415) 268-7522 (Facsimile)

- 2 -

dc-490466