## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

and

KIRT WEST,
INSPECTOR GENERAL OF THE
LEGAL SERVICES CORPORATION,
3333 K STREET, NW, 3RD FLOOR,
WASHINGTON, D.C. 20007

        Petitioners,

   v.

CALIFORNIA RURAL LEGAL
ASSISTANCE, INC.,
631 HOWARD ST., #300
SAN FRANCISCO, CA  94105

        Respondent.

Misc. No. 1:07-MC-00123

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that undersigned counsel, Alexander T.H. Nguyen, hereby

withdraws his appearance as one of the counsel for respondent in the above-captioned case.

-1-

DATED:  July 18, 2007                    Respectfully submitted,


                                         __/s/ Alexander T.H. Nguyen_____
                                         Alexander T.H. Nguyen, #499678
                                         Chong S. Park, #463050
                                         KIRKLAND & ELLIS LLP
                                         655 Fifteenth Street, N.W.
                                         Washington, D.C. 20005
                                         Telephone:  (202) 879-5000
                                         E-mail: anguyen@kirkland.com

                                         *Attorneys For Respondent*