**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| and ) | |
| ) | |
| KIRT WEST, ) | |
| INSPECTOR GENERAL OF THE ) | |
| LEGAL SERVICES CORPORATION, ) | |
| 3333 K STREET, NW, 3RD FLOOR, ) | |
| WASHINGTON, D.C. 20007, ) | |
| ) | Misc. No.  1:07-mc-00123 (EGS) |
| Petitioners, ) | |
| ) | |
| v. ) | |
| ) | |
| CALIFORNIA RURAL LEGAL ) | |
| ASSISTANCE, INC., ) | |
| 631 HOWARD ST., #300, ) | |
| SAN FRANCISCO, CA 94105 ) | |
| ) | |
| Respondent, ) | |
| ) | |
| JEANNIE BARRETT, ALEGRIA DE LA CRUZ, ) | |
| VANESSA FRANK GARCIA, PHYLLIS KATZ, ) | |
| TERI SCARLET, ARTURO RODRIQUEZ, and ) | |
| KIRK AH-TYE, ) | |
| ) | |
| Attorney-Intervenors. ) | |

**JOINT PROPOSED BRIEFING SCHEDULE**

Pursuant to this Court's August 6, 2007 Order, Petitioners United States of America and Kirk West, Inspector General of the Legal Services Corporation; Respondent California Rural Legal Assistance, Inc.; and Attorney Intervenors Jeannie Barrett, Alegria de la Cruz, Vanessa Frank Garcia, Phyllis Katz, Teri Scarlet, Arturo Rodriquez, and Kirk Ah-Tye submit the following joint proposed briefing schedule:

- CRLA and Attorney-Intervenors' Response to the Petition and Order to Show Cause due September 11, 2007; and

- Petitioners' Reply due October 2, 2007.

CRLA additionally proposes that any motion for leave to file amicus briefs and amicus briefs be filed within 15 days of the petitioners' reply brief, October 17, 2007. The Petitioners object to any further delay, and request that any amicus briefs and motions for leave to file such briefs be filed, if any, within 7 days of CRLA and Attorney-Intervenors' response briefs, September 18, 2007, but no later than the close of all briefing on October 2, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

OF COUNSEL:
LAURIE TARANTOWICZ
LSC-Office of Inspector General
3333 K Street, N.W., 3rd Floor
Washington, D.C. 20007
Tel: (202) 295-1660

/s/ Helen H. Hong
ARTHUR R. GOLDBERG, D.C. Bar 180661
HELEN H. HONG, CA Bar 235635
Attorneys, Department of Justice
20 Massachusetts Ave., N.W., Room 6107
Washington, D.C. 20530
Tel: (202) 514-5838
Fax: (202) 616-8470
E-mail: helen.hong@usdoj.gov
Attorneys for Petitioners

/s/ Martin R. Glick
BERNARD A. BURK, *Pro Hac Vice*
MARTIN R. GLICK
HOWARD RICE NEMEROVSKY CANADAY
FALK & RABIN
3 Embarcadero Center, 7th Floor

San Francisco, CA 94111
Tel: (415) 434-1600
Fax: (415)217-5910
bburk@howardrice.com
Attorneys for Respondent

/s/ Wendy Garbers
JACK W. LONDEN
STUART C. PLUNKETT
WENDY GARBERS
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105
Tel: (415) 268-7000
Fax: (415) 268-7522
wgarbers@mofo.com
Attorneys for Attorney-Intervenors

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 13, 2007, a true and correct copy of the foregoing Joint Proposed Briefing Schedule was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                /s/ Helen H. Hong
                HELEN H. HONG

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>and )<br>)<br>KIRT WEST, )<br>INSPECTOR GENERAL OF THE )<br>LEGAL SERVICES CORPORATION, )<br>3333 K STREET, NW, 3RD FLOOR, )<br>WASHINGTON, D.C. 20007, )<br>)<br>       Petitioners, )<br>)<br>       v. )<br>)<br>CALIFORNIA RURAL LEGAL )<br>ASSISTANCE, INC., )<br>631 HOWARD ST., #300, )<br>SAN FRANCISCO, CA 94105 )<br>)<br>       Respondent, )<br>)<br>JEANNIE BARRETT, ALEGRIA DE LA CRUZ, )<br>VANESSA FRANK GARCIA, PHYLLIS KATZ, )<br>TERI SCARLET, ARTURO RODRIQUEZ, and )<br>KIRK AH-TYE, )<br>)<br>       Attorney-Intervenors. ) | Misc. No.  1:07-mc-00123 (EGS) |

## **[PROPOSED] ORDER ON JOINT PROPOSED BRIEFING SCHEDULE**

It is hereby ORDERED that the following briefing schedule shall govern the filing of briefing in this matter:

- CRLA and Attorney-Intervenors' Response to the Petition and Order to Show Cause due September 11, 2007;

- Petitioners' Reply due October 2, 2007; and

- Any motions for leave to file amicus briefs and amicus briefs due _____, 2007.

Signed this \_\_\_\_ day of _____, 2007.

_____
EMMET G. SULLIVAN
United States District Judge