IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>and<br><br>KIRT WEST,<br>INSPECTOR GENERAL OF THE<br>LEGAL SERVICES CORPORATION,<br>3333 K STREET, NW, 3RD FLOOR,<br>WASHINGTON, D.C. 20007<br><br>    Petitioners,<br><br> v.<br><br>CALIFORNIA RURAL LEGAL<br>ASSISTANCE, INC.,<br>631 HOWARD ST., #300<br>SAN FRANCISCO, CA  94105<br><br>    Respondent. | Misc. No. 1:07-MC-00123 |

**ENTRY OF APPEARANCE (LCvR 83.6(a))**

 Pursuant to LCvR 83.6(a), Savaria B. Harris hereby gives notice of his entry of appearance on behalf of Respondent California Rural Legal Assistance, Inc.

-1-

DATED:  September 14, 2007              Respectfully submitted,


                              /s/  Savaria B. Harris
                              Savaria B. Harris, #974910
                              KIRKLAND & ELLIS LLP
                              655 Fifteenth Street, N.W.
                              Washington, D.C. 20005
                              Telephone:  (202) 879-5000
                              E-mail: sbharris@kirkland.com

                              *Attorney For Respondent*

-2-