**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>and )<br>)<br>KIRT WEST, )<br>INSPECTOR GENERAL OF THE )<br>LEGAL SERVICES CORPORATION, )<br>3333 K STREET, NW, 3RD FLOOR, )<br>WASHINGTON, D.C. 20007, )<br>)<br>      Petitioners, )<br>)<br>      v. )<br>)<br>CALIFORNIA RURAL LEGAL )<br>ASSISTANCE, INC., )<br>631 HOWARD ST., #300, )<br>SAN FRANCISCO, CA 94105 )<br>)<br>      Respondent, )<br>)<br>JEANNIE BARRETT, ALEGRIA DE LA CRUZ, )<br>VANESSA FRANK GARCIA, PHYLLIS KATZ, )<br>TERI SCARLET, ARTURO RODRIQUEZ, and )<br>KIRK AH-TYE, )<br>)<br>      Attorney-Intervenors. ) | Misc. No. 1:07-mc-00123 (EGS) |

**PETITIONERS' UNOPPOSED MOTION FOR A**
**ONE-WEEK ENLARGEMENT OF TIME TO FILE REPLY BRIEFS**

Petitioners respectfully request a one-week enlargement of time, to October 12, 2007, to file reply briefs in the above-captioned matter. Under the Court's August 15, 2007 minute order, petitioners' deadline to file reply briefs is October 5, 2007. Due to an unanticipated family medical emergency, counsel for the Legal Services Corporation – Office of the Inspector

General has been out of the office for the past two and a half weeks, and has been unable to review the filings in opposition to the Petition served September 14, 2007 and September 21, 2007. Counsel returned to the office today, October 1, 2007, and has begun to review the filings. Petitioners accordingly request an additional week to permit a reasonable time to review the filings and appropriately reply by October 12, 2007. This is the first extension sought to file reply briefs in support of the Petition for Summary Enforcement of Administrative Subpoena Duces Tecum.

As required by Local Rule 7(m), undersigned counsel discussed the contents of this enlargement motion with respondents' counsel. Neither CRLA nor Attorney-Intervenors oppose this request.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

/s/ Helen H. Hong

| | |
|---|---|
| OF COUNSEL: | ARTHUR R. GOLDBERG, D.C. Bar 180661 |
| LAURIE TARANTOWICZ | HELEN H. HONG, CA Bar 235635 |
| LSC-Office of Inspector General | Attorneys, Department of Justice |
| 3333 K Street, N.W., 3rd Floor | 20 Massachusetts Ave., N.W., Room 6107 |
| Washington, D.C. 20007 | Washington, D.C. 20530 |
| Tel: (202) 295-1660 | Tel: (202) 514-5838 |
| | Fax: (202) 616-8470 |
| | E-mail: helen.hong@usdoj.gov |
| | Attorneys for Petitioners |

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 1, 2007, a true and correct copy of the foregoing Petitioners' Unopposed Motion for a One-Week Enlargement of Time to File Reply Briefs was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                     /s/ Helen H. Hong
                                                   HELEN H. HONG

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| and | ) |
|  | ) |
| KIRT WEST, | ) |
| INSPECTOR GENERAL OF THE | ) |
| LEGAL SERVICES CORPORATION, | ) |
|  | )   Misc. No. 1:07-mc-00123 (EGS) |
| Petitioners, | ) |
|  | ) |
| v. | ) |
|  | ) |
| CALIFORNIA RURAL LEGAL | ) |
| ASSISTANCE, INC., | ) |
|  | ) |
| Respondent, | ) |
|  | ) |
| JEANNIE BARRETT, ALEGRIA DE LA CRUZ, | ) |
| VANESSA FRANK GARCIA, PHYLLIS KATZ, | ) |
| TERI SCARLET, ARTURO RODRIQUEZ, and | ) |
| KIRK AH-TYE, | ) |
|  | ) |
| Attorney-Intervenors. | ) |

**[PROPOSED] ORDER ON PETITIONERS' UNOPPOSED MOTION FOR A
ONE-WEEK ENLARGEMENT OF TIME TO FILE REPLY BRIEFS**

Having considered Petitioners' Unopposed Motion for a One-Week Enlargement of Time to File Reply Briefs, it is hereby

ORDERED that the motion be, and hereby is, GRANTED. Petitioners shall have until October 12, 2007 to file reply briefs in this matter.

Signed this ____ day of _____, 2007.

_____
EMMET G. SULLIVAN
United States District Judge