**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>and<br><br>KIRT WEST,<br>INSPECTOR GENERAL OF THE<br>LEGAL SERVICES CORPORATION,<br>3333 K STREET, NW, 3RD FLOOR,<br>WASHINGTON, D.C. 20007<br><br>             Petitioners,<br><br>   v.<br><br>CALIFORNIA RURAL LEGAL<br>ASSISTANCE, INC.,<br>631 HOWARD ST., #300<br>SAN FRANCISCO, CA  94105<br><br>             Respondent. | Misc. No. 1:07-MC-00123-EGS |

MARTIN R. GLICK (CA State Bar No. 40187)
BERNARD A. BURK (CA State Bar No. 118083)
bburk@howardrice.com
Howard Rice Nemerovski Canady Falk & Rabkin
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:   415/434-1600
Facsimile:    415/217-5910

*Attorneys For Respondent* CALIFORNIA RURAL LEGAL ASSISTANCE, INC.

CHONG S. PARK #463050
cpark@kirkland.com
EDWARD H. MEYERS #973799
emeyers@kirkland.com
SAVARIA B. HARRIS #979410
sbharris@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:   202/879-5000
Facsimile:    202/879-5200

*Attorneys For Respondent*
CALIFORNIA RURAL LEGAL
ASSISTANCE, INC.

**UNOPPOSED REQUEST FOR ORAL HEARING**

Respondent California Rural Legal Assistance, Inc. respectfully requests that the Court hold an oral hearing on the pending Petition for Summary Enforcement of Administrative Subpoena Duces Tecum before ruling thereon. Respondent believes that oral argument could materially assist the Court in resolving the issues presented.

Respondent has conferred with Petitioners, who do not oppose this request for an oral hearing, and with the Attorney-Interveners, who support Respondent's request.

Dated: October 1, 2007.

>MARTIN R. GLICK (Cal. State Bar No. 40187)
>BERNARD A. BURK (Cal. State Bar No. 118083)
>HOWARD RICE NEMEROVSKI CANADY
>FALK &    RABKIN, A Professional Corporation
>
>By:      /s/ *Bernard A. Burk*
>              BERNARD A. BURK
>
>Three Embarcadero Center, 7th Floor
>San Francisco, California 94111-4024
>Telephone:   415/434-1600
>Email:       bburk@howardrice.com
>
>CHONG S. PARK #463050
>EDWARD H. MEYERS #973799
>SAVARIA B. HARRIS #979410
>KIRKLAND & ELLIS LLP
>
>By:      /s/ *Chong S. Park*
>              CHONG S. PARK
>
>655 Fifteenth Street, N.W.
>Washington, D.C. 20005
>Telephone:   202/879-5000
>Facsimile:   202/879-5200
>E-mail: cpark@kirkland.com
>
>*Attorneys For Respondent* CALIFORNIA RURAL LEGAL ASSISTANCE, INC.