# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>and<br><br>KIRT WEST,<br>INSPECTOR GENERAL OF THE<br>LEGAL SERVICES CORPORATION<br>3333 K STREET, NW, 3RD FLOOR<br>WASHINGTON, DC 20007,<br><br>             Petitioners,<br><br>   v.<br><br>CALIFORNIA RURAL LEGAL<br>ASSISTANCE, INC.<br>631 HOWARD STREET, #300<br>SAN FRANCISCO, CA 94105,<br><br>             Respondent. | No. 1:07-mc-00123-EGS<br><br>**ATTORNEY-INTERVENERS'<br>UNOPPOSED REQUEST FOR<br>ORAL ARGUMENT**<br><br><br>Before:  The Honorable Emmet G. Sullivan |

JACK W. LONDEN (CA SBN 85776)
JLonden@mofo.com
*Admitted pro hac vice*
WENDY M. GARBERS (CA SBN 213208)
WGarbers@mofo.com
*Admitted pro hac vice*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Tel.: (415) 268-7000

Attorneys for Interveners JEANNIE BARRETT, ALEGRIA DE
LA CRUZ, VANESSA FRANK GARCIA, PHYLLIS KATZ,
TERI SCARLETT, ARTURO RODRIGUEZ, and KIRK AH-
TYE

sf-2397344

Attorney-Interveners Jeannie Barrett, Alegria de la Cruz, Vanessa Franck Garcia, Phyllis Katz, Teri Scarlett, Arturo Rodriguez and Kirk Ah-Tye respectfully request that the Court hold oral argument on the pending Petition for Summary Enforcement of Administrative Subpoena Duces Tecum before ruling thereon.  Attorney-Interveners believe that oral argument could materially assist the Court in resolving the issues presented.  Petitioners do not oppose this request, and Respondent has also filed a request for oral argument.

Dated: October 2, 2007                                    Respectfully submitted,


By:  /s/ Wendy M. Garbers
       Wendy M. Garbers

       MORRISON & FOERSTER LLP
       425 Market Street
       San Francisco, CA 94105-2482
       Tel.: (415) 268-7000

       Attorneys for Interveners JEANNIE
       BARRETT, ALEGRIA DE LA CRUZ,
       VANESSA FRANK GARCIA, PHYLLIS
       KATZ, TERI SCARLET, ARTURO
       RODRIGUEZ, and KIRK AH-TYE