# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| and | ) |
| | ) |
| KIRT WEST | ) |
| INSPECTOR GENERAL OF THE | ) |
| LEGAL SERVICES CORPORATION, | ) |
| 3333 K STREET, NW, 3RD FLOOR | ) |
| WASHINGTON, D.C. 20007 | ) |
| | ) Misc. No. 1:07-mc-00123 (EGS) |
| Petitioners, | ) |
| | ) |
| v. | ) |
| | ) |
| CALIFORNIA RURAL LEGAL | ) |
| ASSISTANCE, INC. | ) |
| 631 HOWARD ST., #300 | ) |
| SAN FRANCISCO, CA 94105 | ) |
| | ) |
| Respondent. | ) |

## MOTIONS FOR ADMISSION *PRO HAC VICE* OF
## MARTIN R. GLICK AND BERNARD A. BURK

I, Chong S. Park, an active member in good standing of the Bar of the United States District Court for the District of Columbia, respectfully move pursuant to Local Civil Rule 83.2(d) that Martin R. Glick and Bernard A. Burk, of the law firm of Howard, Rice, Nemerovski, Canady, Falk & Rabkin, A Professional Corporation, Three Embarcadero Center, 7th Floor, San Francisco, CA 94111-4024, be admitted *pro hac vice* to this Court for the purpose of participating in the above-captioned matter.

In support of this motion, I submit the accompanying declarations of Martin R. Glick and Bernard A. Burk.

Respectfully submitted,

/s/ Chong S. Park
Chong S. Park #463050
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
cpark@kirkland.com

*Attorney for Respondent California*
*Rural Legal Assistance, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| and | ) |
| | ) |
| KIRT WEST | ) |
| INSPECTOR GENERAL OF THE | ) |
| LEGAL SERVICES CORPORATION, | ) |
| 3333 K STREET, NW, 3RD FLOOR | ) |
| WASHINGTON, D.C. 20007 | ) |
| | ) Misc. No. 1:07-mc-00123 (EGS) |
| Petitioners, | ) |
| | ) |
| v. | ) |
| | ) |
| CALIFORNIA RURAL LEGAL | ) |
| ASSISTANCE, INC. | ) |
| 631 HOWARD ST., #300 | ) |
| SAN FRANCISCO, CA 94105 | ) |
| | ) |
| Respondent. | ) |

**[PROPOSED] ORDER**

Upon consideration of the Motions for Admission *Pro Hac Vice* of Martin R. Glick and Bernard A. Burk, it is, this ____ day of _____, 2007, hereby ordered:

1. That the Motions for Admission *Pro Hac Vice* of Martin R. Glick and Bernard A. Burk are GRANTED; and

2. That Martin R. Glick and Bernard A. Burk be permitted to represent the Respondent in the above-captioned matter.

It is SO ORDERED.

_____
Emmet G. Sullivan
United States District Judge

3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>and )<br><br>KIRT WEST )<br>INSPECTOR GENERAL OF THE )<br>LEGAL SERVICES CORPORATION, )<br>3333 K STREET, NW, 3RD FLOOR )<br>WASHINGTON, D.C. 20007 )<br><br>Petitioners, )<br><br>v. )<br><br>CALIFORNIA RURAL LEGAL )<br>ASSISTANCE, INC. )<br>631 HOWARD ST., #300 )<br>SAN FRANCISCO, CA 94105 )<br><br>Respondent. ) | Misc. No. 1:07-mc-00123 (EGS) |

## DECLARATION OF BERNARD A. BURK
## IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

I, Bernard A. Burk, declare under penalty of perjury that:

1. My office address is Three Embarcadero Center, 7th Floor, San Francisco, CA 94111-4024. My telephone number is (415) 434-1600. My e-mail address is bburk@howardrice.com.

2. I am a shareholder and director in the law firm of Howard, Rice, Nemerovski, Canady, Falk & Rabkin, A Professional Corporation, counsel of record in the above-captioned matter for California Rural Legal Assistance, Inc.

3. I am a member in good standing of the bar of the State of California, and I am admitted to practice in the Federal District Courts for the Northern, Eastern and Central Districts of California, in the United States Court of Appeals for the Ninth Circuit, and in the United States Supreme Court.

4. No disciplinary proceedings are presently pending, or have ever been instituted, against me.

5.   I have not applied for *pro hac vice* admission to this Court within the last two years.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on October 8, 2007.

Bernard A. Burk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>and<br><br>KIRT WEST<br>INSPECTOR GENERAL OF THE<br>LEGAL SERVICES CORPORATION,<br>3333 K STREET, NW, 3RD FLOOR<br>WASHINGTON, D.C. 20007<br><br>        Petitioners,<br><br>        v.<br><br>CALIFORNIA RURAL LEGAL<br>ASSISTANCE, INC.<br>631 HOWARD ST., #300<br>SAN FRANCISCO, CA 94105<br><br>        Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Misc. No. 1:07-mc-00123 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF MARTIN R. GLICK
## IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

I, Martin R. Glick, declare under penalty of perjury that:

1. My office address is Three Embarcadero Center, 7th Floor, San Francisco, CA 94111-4024. My telephone number is (415) 434-1600. My e-mail address is mglick@howardrice.com.

2. I am a shareholder and director in the law firm of Howard, Rice, Nemerovski, Canady, Falk & Rabkin, A Professional Corporation, counsel of record in the above-captioned matter for California Rural Legal Assistance, Inc.

3. I am a member in good standing of the bar of the State of California, and I am admitted to practice in the Federal District Courts for the Northern, Eastern, Central and Southern Districts of California, in the United States Court of Appeals for the Ninth and Federal Circuits, and in the United States Supreme Court.

4. No disciplinary proceedings are presently pending, or have ever been instituted, against me.

5.  I have not applied for *pro hac vice* admission to this Court within the last two years.


_____
Martin R. Glick

October 8 , 2007