

| | | |
|---|---|---|
| DCD_ECFNotice@dcd.uscourts.gov<br>10/12/2007 06:19 PM | To | DCD_ECFNotice@dcd.uscourts.gov |
| | cc | |
| | bcc | |
| | Subject | Activity in Case 1:07-mc-00123-EGS UNITED STATES OF AMERICA et al v. CALIFORNIA RURAL LEGAL ASSISTANCE, INC. Order on Motion for Leave to File Excess Pages |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

### District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 10/12/2007 at 6:19 PM and filed on 10/12/2007

| | |
|---|---|
| **Case Name:** | UNITED STATES OF AMERICA et al v. CALIFORNIA RURAL LEGAL ASSISTANCE, INC. |
| **Case Number:** | 1:07-mc-123 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
MINUTE ORDER granting [44] Petitioners' Unopposed LCvR 7(d) Motion for Leave to File a Combined Reply Brief in Excess of 25 Pages. Petitioners' reply brief shall not exceed 30 pages. Signed by Judge Emmet G. Sullivan on October 12, 2007. (lcegs1)


**1:07-mc-123 Notice has been electronically mailed to:**
Arthur R. Goldberg   arthur.goldberg@usdoj.gov
Philip W. Horton   philip_horton@aporter.com
Carl P. Bretscher   cbretscher@morganlewis.com, aojha@morganlewis.com, dlandy@morganlewis.com, eraufi@morganlewis.com, lwalker@morganlewis.com, teberhart@morganlewis.com
John Paul Corrado   jcorrado@mofo.com
Chong S. Park   cpark@kirkland.com
Elizabeth Ewert   elizabeth.ewert@dbr.com
Helen H. Hong   helen.hong@usdoj.gov

Wendy M Garbers wgarbers@mofo.com
Savaria Brandy Harris sbharris@kirkland.com
Edward Hulvey Meyers emeyers@kirkland.com

**1:07-mc-123 Notice will be delivered by other means to::**

Bernard A. Burk
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
Three Embarcadero Center
7th Floor
San Francisco, CA 94111-4024

Jack W Londen
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105

Linda E. Perle
CENTER FOR LAW & SOCIAL POLICY
1615 15th Street, NW
Suite 400
Washington, DC 20005

Stuart C Plunkett
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105



CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

Linda E. Perle
CENTER FOR LAW & SOCIAL POLICY
1615 15th Street, NW
Suite 400
Washington, DC 20005

NIXIE       207  DC  1       00  10/21/07
            RETURN TO SENDER
            NO MAIL RECEPTACLE
            UNABLE TO FORWARD

BC: 20001209999       *2417-09738-16-39