IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| United States of America, et al.,<br><br>  Petitioners,<br><br>      v.<br><br>California Rural Legal Assistance, Inc.,<br><br>  Respondent. | )<br>)<br>)<br>)<br>)<br>)  Misc. Action No. 07-123 (EGS)<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION FOR A STAY
OF THE DEADLINE TO FILE A JOINT STATUS REPORT AND
RECOMMENDATION FOR FURTHUR PROCEEDINGS
IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves for a stay of the October 7, 2013 deadline for filing a joint status report and recommendation for further proceedings in the above-captioned case.

1. At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the October 7, 2013 deadline for filing a joint status report and recommendation for further proceedings until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.  The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5. Opposing counsel have authorized counsel for the Government to state that the Respondent and the Attorney-Intervenors have no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the October 7, 2013 deadline for filing a joint status report and recommendation for further proceedings in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 1, 2013

STUART F. DELERY
Assistant Attorney General

RONALD C. MACHEN JR.
United States Attorney

ARTHUR R. GOLDBERG (DC # 180661)
Assistant Director

   /s/ Susan K. Ullman
SUSAN K. ULLMAN (DC # 426874)
Senior Counsel
U.S. DEPARTMENT OF JUSTICE
Federal Programs Branch, Civil Division
20 Massachusetts Avenue, N.W.
Room 7146
Washington, D.C. 20530
Tel: (202) 616-0680
Fax: (202) 616-8470
Email: susan.ullman@usdoj.gov

Attorneys for Petitioners