# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| United States of America, et al., ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Misc. Action No. 07-123 (EGS) |
| ) | |
| California Rural Legal Assistance, Inc., ) | |
| ) | |
| Respondent. ) | |
| ) | |

## SUPPLEMENTAL JOINT STATUS REPORT

Petitioners, the United States and the Inspector General of the Legal Services Corporation (LSC-OIG), and Respondent California Rural Legal Assistance, Inc. (CRLA) jointly submit this status report.

On November 6, 2013, the Court issued its Minute Order accepting the parties' joint recommendation "that the government be given further time to review the materials CRLA has provided to the government . . . for the parties to meet and confer as to any remaining issues to see if they can be resolved without the need for further litigation," and to file a supplemental joint status statement and recommendation for further proceedings if all issues were not resolved by December 19, 2013.  ECF Nos. 88-89.

On October 29, 2013 CRLA produced to LSC-OIG a DVD containing the first installment of materials required by this Court's and the Court of Appeals' decisions, as well as a privilege log asserting three claims of federal attorney-client privilege.  CRLA produced further installments of these materials on November 15, 2013, November 22, 2013, and December 16, 2013.  On November 7, 2013, CRLA sent to LSC-OIG a letter seeking partial reimbursement for

the expense of the document and data review.  CRLA represents that owing to the many years these proceedings have occupied, and retirements and personnel turnover at CRLA during that time, the required re-review of documents to limit the redactions to federal privilege claims has taken somewhat longer than anticipated, but now is nearly complete.  CRLA can produce the final installment of subpoenaed material by January 31, 2014.

Having examined the amended redactions supplied by CRLA, LSC-OIG has recently raised general concerns about whether all of CRLA's amended work-product and attorney-client privilege redactions are justified, and has requested more explanatory substantiation of all of CRLA's claims of federal attorney-client privilege and work-product protection.  CRLA has agreed to provide further substantiation regarding those claims.  CRLA represents that owing to the number of redactions on the many planning and strategy documents LSC-OIG subpoenaed, the intervening holiday season, the retirements and turnover discussed above, and the serious cuts in legal services funding to which all legal aid programs have been subjected in recent years, CRLA will be able to complete this task by January 31, 2014.

LSC-OIG will then need time to review the newly provided documents as well as the justifications for any withheld material.  If any issues concerning the withholdings remain, the parties will meet and confer in an attempt to resolve them.

Accordingly, the parties respectfully suggest that they provide a further Joint Supplemental Status Report to the Court on March 7, 2014, or inform the Court earlier if they agree that all issues in this proceeding have been resolved.

Dated: December 19, 2013              STUART F. DELERY
                                      Assistant Attorney General
                                      RONALD C. MACHEN JR.
                                      United States Attorney
                                      ARTHUR R. GOLDBERG (DC # 180661)
                                      Assistant Director

                                       /s/ Susan K. Ullman
                                      SUSAN K. ULLMAN (DC # 426874)
                                      Senior Counsel
                                      U.S. DEPARTMENT OF JUSTICE
                                      Federal Programs Branch, Civil Division
                                      20 Massachusetts Avenue, N.W.
                                      Room 7146
                                      Washington, D.C. 20530
                                      Tel: (202) 616-0680
                                      Fax: (202) 616-8470
                                      Email: susan.ullman@usdoj.gov

                                      Attorneys for Petitioners


December 19, 2013                      /s/ Martin R. Glick
                                      MARTIN R. GLICK (CA SBN 40187)
                                      ARNOLD & PORTER LLP
                                      Three Embarcadero Center, 7th Floor
                                      San Francisco, California 94111
                                      (415) 471-3100
                                      (415) 471-3400 (fax)
                                      Martin.Glick@aporter.com

                                       /s/ Bernard A. Burk
                                      BERNARD A. BURK
                                      University of North Carolina
                                      School of Law
                                      Campus Box No. 3380
                                      Chapel Hill, North Carolina 27599
                                      (919) 962-3688
                                      (919) 962-1270 (fax)
                                      Bernie.Burk@bernieburk.com

                                      Attorneys for Respondent California Rural
                                      Legal Assistance, Inc.